IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PRAYOSHA TEXAS ENTERPRISES,** | § | |
| **LLC DBA COMFORT SUITES** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil No. 3:25-CV-2825-K |
| | § | |
| **CONSTITUTION INSURANCE** | § | |
| **COMPANY, LLC Series X-13 dba** | § | |
| **JKL GROUP INSURANCE,** | § | |
| Defendant. | § | |

<u>NOTICE OF APPEARANCE OF COUNSEL</u>

COMES NOW Plaintiff, Prayosha Texas Enterprises, LLC D/B/A Comfort Suites, and hereby gives notice that

Peter G. Malouf
The Law Office of Peter G. Malouf
P.O. Box 12745
Dallas, TX 75225
Phone: (972) 971-5509
Email: pm@pmalouflaw.com

will be appearing as local counsel for Prayosha Texas Enterprises, LLC D/B/A Comfort Suites,

and is admitted to practice in the Northern District of Texas. This Notice of Appearance is not done

for delay, as Plaintiff will not seek to extend any of the current deadlines regarding discovery or trial.

Respectfully submitted,

**The Law Office of Peter G. Malouf**

/s/ Peter Malouf
_____
**Peter Malouf**
State Bar No. 24006529
P.O. Box 12745
Dallas, TX 75225
Phone: 972-971-5509
Fax: 866-272-8779
Email: pm@pmalouflaw.com

ATTORNEY FOR PLAINTIFF